JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAJUAN DARSAL MCKIE,<br><br>    Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERY,<br><br>    Respondent. | Case No. CV 20-00427-JEM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 30, 2020

                                             */s/ John E. McDermott*
                                            JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE